Re-sentencing adjourned to 4/30/20 at 10 am.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

3/12/20

# KENNETH A. PAUL
ATTORNEY AT LAW

140 BROADWAY - SUITE 4610
NEW YORK, N.Y. 10005
TELEPHONE: (212) 587-8000
FAX: (212) 858-7750

kpaul@kennethpaulesq.com

March 11, 2020

**Via ECF**
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601-4150

    Re:    <u>United States v. Gerald Martin</u>
               14 Cr. 476 (CS)

Dear Judge Seibel:

    I represent Mr. Gerald Martin in the above-reference matter. Mr. Martin's case is presently scheduled for re-sentencing on March 26, 2020. Please accept this letter as a request for an adjournment of this matter to a date convenient with the Court.

    In preparing for sentencing I have been attempting to obtain and provide the Court with letters on behalf of my client as well as information regarding his incarceration and will need additional time to do so. In advance of this request for an adjournment I have communicated with AUSA Scott Hartman who consents.

    Therefore, I respectfully request an adjournment of Gerald Martin's sentencing date to any date or time during the week of April 27th, **with the exception of April 28, 2020.**

    Thank you for your consideration.

Respectfully,

Kenneth A. Paul

KAP: ac
Cc:    AUSA Scott Hartman    (Via ECF)