UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
      United States of America,

                             **ORDER**

          -against-

                            7:14-CR-00476 (CS) (11)

      Gerald Martin,
              Defendant(s).
--------------------------------------------------------X

<u>Seibel, J.</u>

      In light of the untimely death of Kenneth Paul, Esq., Susan Wolfe, Esq. is hereby appointed pursuant to the Criminal Justice Act to represent Defendant Gerald Martin for his *Davis* resentencing. The Clerk shall terminate Mr. Paul as counsel.

      **SO ORDERED.**

Dated: May 15, 2020
      White Plains, New York

                                             _____
                                             Cathy Seibel, U.S.D.J.