# Law Offices of
# Daniel A. Hochheiser

ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

April 18, 2025

**Via ECF and Email**
Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Application granted.

SO ORDERED.

*Cathy Seibel*   4/18/25
CATHY SEIBEL, U.S.D.J.

Re:   *USA v. Gerald Martin*, 14 CR 476 (CS)
      Application by Appointed Counsel for Permission to File Interim Vouchers

Your Honor:

I was appointed, pursuant to the Criminal Justice Act, as counsel to Gerald Martin on December 11, 2024. I continue to represent Martin, as appointed counsel, pending resolution of this Violation of Supervised Release matter next scheduled for a status conference on April 30, 2025.

Accordingly, please endorse this letter motion to permit me to file interim vouchers on the eVoucher system.

Respectfully submitted,

*Daniel Hochheiser*

Daniel A. Hochheiser